IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Thomas Monroe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 8:12-1357-TLW-JDA |
| ) | |
| Maj. Neal Urch, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

Plaintiff Michael Thomas Monroe ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, brings this civil action pursuant to 42 U.S.C. § 1983. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Jacquelyn D. Austin to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed as against Defendant Spartanburg County Detention Facility without prejudice and without issuance and service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). (Doc. # 22). Objections were due on July 20, 2012. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 22). The complaint is therefore **DISMISSED IN PART**; specifically, Plaintiff's complaint is dismissed as against Defendant Spartanburg County Detention Facility. This partial dismissal is without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.


August 2, 2012                                                                          __s/Terry L. Wooten_____
Florence, South Carolina                                                         United States District Judge